IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VICOR CORPORATION, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00323-JRG-RSP |
| DELTA ELECTRONICS, INC. et al, | § |
| *Defendants*. | § |

## STAY ORDER

Before the Court is the Unopposed Motion to Stay Pursuant to 28 U.S.C. § 1659(a) filed by Defendants Delta Electronics, Inc., Cyntec Co., Ltd., Delta Electronics (Americas), Ltd., Delta Electronics (USA), Inc. (collectively "Delta"); Hon Hai Precision Industry Co. Ltd. d/b/a/ Foxconn Technology Group, Foxconn Industrial Internet Co. Ltd., and Ingrasys Technology Inc. (collectively "Foxconn"); and Quanta Computer Inc. and Quanta Cloud Technology Inc.. **Dkt. No. 25**.

It is provided in 28 U.S.C. § 1659(a) that upon "the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). A request for a stay is deemed timely if made within (1) 30 days after being named as a respondent in the ITC proceeding, or (2) 30 days after the district court action is filed, whichever is later. 28 U.S.C. § 1659(a).

After due consideration, the Court **GRANTS** the Motion to Stay (**Dkt. No. 25**). It is

therefore

**ORDERED** that proceedings in the above-captioned case are **STAYED** until the resolution of ITC Investigation No. 337-TA-1370 becomes final, including any appeals and until the Commission proceedings are no longer subject to judicial review. In the event the stay is lifted, the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be ninety (90) days after the lifting of the stay.

**SIGNED this 22nd day of August, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE