IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VICOR CORPORATION, § § *Plaintiff*, § § v. § § DELTA ELECTRONICS, INC., CYNTEC § CO., LTD., DELTA ELECTRONICS § (AMERICAS) LTD., DELTA § ELECTRONICS (USA) INC., HON HAI § PRECISION INDUSTRY CO. LTD. D/B/A § FOXCONN TECHNOLOGY GROUP, § FOXCONN INDUSTRIAL INTERNET § CO. LTD., INGRASYS TECHNOLOGY § INC., QUANTA COMPUTER INC., and § QUANTA CLOUD TECHNOLOGY INC., § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00323-JRG-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Vicor Corporation ("Plaintiff") and Defendants Delta Electronics, Inc., Cyntec Co., Ltd., Delta Electronics (Americas), Ltd., Delta Electronics (USA), Inc., Hon Hai Precision Industry Co. Ltd. d/b/a/ Foxconn Technology Group, Foxconn Industrial Internet Co. Ltd., Ingrasys Technology Inc., Quanta Computer Inc., and Quanta Cloud Technology Inc. ("Defendants"). (Dkt. No. 37.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs,

expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**May 10, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE